UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
JULY 8, 2021
CHIEF DISTRICT JUDGE SHELLY D. DICK

**UNITED STATES OF AMERICA**

**VERSUS**

**MICHAEL D. GIBBS**

**CRIMINAL ACTION**

**18-164-SDD-EWD-1**

This cause came on this day for *Sentencing*.

PRESENT:   **Alan Stevens, Esq.**
**Counsel for United States**

**Brent Stockstill, Esq.**
**Counsel for Defendant**

Courtroom Deputy calls the case.

Counsel make appearances.

Court confirms Defendant received and reviewed his *Presence Investigation Report*.

There are three (3) objections argued by the Defendant.

Government responds.

Court denies all three objections for oral reasons assigned.

Court accepts the Plea Agreement.

Court adopts the factual basis as contained in the *Presentence Report*.

Defendant allocutes.

Attorneys argue for Sentencing.

Court imposes *Sentence* and orders *Presentence Investigation Report* filed into the record UNDER SEAL.

Government moves to dismiss remaining counts and Court grants the motion.

Court outlines forfeiture and advises Defendant of his appeal rights.

Defendant is remanded to the custody of the United States Marshal.

Court is adjourned.

\* \* \* \* \*

Reporter: Shannon Thompson
Cr51a/0.75